**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **KAMERON C. BASSETT,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00637-P |
| § | |
| **NEAL LANDFIELD et al.,** § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Pro se Plaintiff Kameron C. Bassett filed the underlying complaint on June 18, 2020, alleging claims for constitutional violations against Defendants Neal Landfield ("Officer") and Arlington Police Department ("APD"), arising out of Bassett's arrest at an electronics store for trying to steal headphones. ECF No. 1. The case was referred to United States Magistrate Judge Hal R. Ray, Jr. ECF No. 3. Plaintiff eventually filed an Amended Complaint (ECF No. 9), and APD (ECF No. 12) and Officer (ECF No. 15) filed motions to dismiss.

Judge Ray made Findings, Conclusions, and a Recommendation ("FCRs") in this case. ECF No. 44. Judge Ray analyzed both motions to dismiss, the responses and replies as well as the supporting briefs and appendices before concluding that the motions had merit and should be granted and that Plaintiff's case should be dismissed with prejudice. *Id.* Plaintiff filed objections (ECF No. 46) to the FCRs, and APD filed a response (ECF No. 47).

After conducting a de novo review of all relevant matters of record in this case, including the FCRs, Plaintiff's objections thereto, and APD's response, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Objections are **OVERRULED**, Defendants' Motions to Dismiss (ECF Nos. 12 and 15) are **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **31st day** of **August, 2021**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE